PROB 12
(Rev. 10/19)

# United States District Court
## for the
## DISTRICT OF MARYLAND

**United States vs. Mauricio Jaime Coreas**                    **Docket No.: 0416 8:15CR00447-001**

**SEALED**
**Petition on Supervised Release**
**Petition #1**
**August 4, 2020**

  COMES NOW **Pamela Nieva** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Mauricio Jaime Coreas** who was sentenced for **Reentry Of Alien Deported After Felony Conviction, 8 U.S.C. § 1326(a) and (b)(1), a Class C Felony\*,** by the **Honorable Theodore Chuang, U.S. District Judge,** sitting in the court at **Greenbelt, Maryland**, on the **11th day of July, 2016**, who sentenced the defendant to **366 Days Bureau of Prisons; 24 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on January 15, 2020.*
*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 2 years.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of imprisonment upon revocation: __36__ months, minus the term of imprisonment imposed.*
*\*\*\*Mr. Coreas is currently serving a revocation term of supervised release.*

1. **Education/Vocational Training**
2. **Removal (Deportation)**
3. **Substance Abuse Treatment Program**
4. **Special Assessment: $100.00**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Violation Number 1
Mr. Coreas has failed to report to probation since May 29, 2020. His contact information is no longer valid, and he is currently considered a loss of contact.

The defendant is in violation of Standard Condition #2 which states: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

  PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Mauricio Jaime Coreas for alleged violation of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

**Re: Coreas, Mauricio**
**Dkt. #: 0416 8:15CR00447-001**
**Petition #: 1**
**Page: 2**

ORDER OF COURT

Considered and ordered as prayed this  11th  day of  August , 20 20  and ordered filed and made a part of the records in the above case.

/s/  Theodore D. Chuang

Theodore Chuang
U.S. District Judge

I hereby attest and certify on  August 11, 2020  that the foregoing document is a full, true and correct copy of the originals on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

I declare under penalty of perjury that the foregoing is true and correct.

Pamela Nieva, U.S. Probation Officer

Date:   8/4/2020

Reviewed and Approved By:

Marcus Crenshaw, Supervisory U.S. Probation Officer

Date:   08/04/2020

Place:   Greenbelt, Maryland